IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) ) | |
| WAL-MART STORES, INC., | ) ) | COMPLAINT |
| Defendant. | ) ) ) | JURY TRIAL DEMAND |

**Nature of the Action**

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Yvonne Loskot.

**Jurisdiction and Venue**

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§216(c) and 217.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Missouri.

**Parties**

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the

ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4.At all relevant times, Defendant, Wal-Mart Stores, Inc., has continuously been an Delaware Corporation doing business in the State of Missouri and the City of Desoto, and has continuously had at least 20 employees.

5.At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

### Conciliation

6Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

### Statement of Claims

7. Since at least October, 2005, Defendant engaged in unlawful employment practices at its Desoto, Missouri facility in violation of Section 4(d) of the ADEA, 29 U.S.C. § 623 (d).  Defendant discharged Yvonne Loskot from her position as Certified Optician because of her age, 67.

8.The effect of the practices complained of in paragraph 7 above has been to deprive Yvonne Loskot of equal employment opportunities and otherwise adversely affect her status as an employee because of her age.

9.      The unlawful employment practices complained of in paragraph 7 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in the unlawful discharge of employees because of their age and any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B.      Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C.      Grant a judgment requiring Defendant to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to Yvonne Loskot whose wages are being unlawfully withheld as a result of the acts complained of in Paragraph 7 above.

D.      Order Defendant to make whole all individuals adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to rightful-place reinstatement of Yvonne Loskot or front pay in lieu of reinstatement.

E.      Grant such further relief as the Court deems necessary and proper in the public interest.

F.    Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

                Respectfully submitted,

                RONALD M. COOPER
                General Counsel

                JAMES L. LEE
                Deputy General Counsel

                GWENDOLYN YOUNG REAMS
                Associate General Counsel


                /s/ Barbara A. Seely
                BARBARA A. SEELY ARN 10607
                Regional Attorney

                EQUAL EMPLOYMENT OPPORTUNITY
                COMMISSION
                St. Louis District Office
                1222 Spruce St., Room 8.100
                St. Louis, MO 63103
                (314) 539-7910 (Telephone)
                (314) 539-7895 (Facsimile)
                barbara.seely@eeoc.gov