# United States District Court
## EASTERN DISTRICT OF MISSOURI

### JUDGMENT IN A CIVIL CASE

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
                    Plaintiff(s),


                    v.                    CASE NUMBER:        4:08CV01439AGF


WAL-MART STORES, INC.

                    Defendant(s).



:     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

9     **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

9     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that on the age discrimination claim of Plaintiff, Equal Employment Opportunity Commission, as submitted in Instruction 9, judgment is entered in favor of defendant Wal-Mart Stores, Inc. and against plaintiff  Equal Employment Opportunity Commission.



                       James G. Woodward
                       CLERK

April 7, 2010
DATE

                By:       /s/ C. Lippold
                       Deputy Clerk
                       DEPUTY CLERK